## Jones vs. Donahoo.

In an action of trespass for cutting timber on a tract of government land, occupied as a 'claim,' unless the evidence goes to show that such claim is so marked out that the boundaries can be readily traced, and the extent of the claim easily known, the plaintiff should be non suited.

## Chaney vs. Ostrander.

An affidavit to obtain an attachment must state that so much is due, and that affiant believes that the defendant is about to remove, or dispose of his property *with intent to defraud his creditors.*

## Peck vs. Ayres.

If the record of the proceedings is not shown affirmatively to be irregular, the judgment below will be affirmed.

## West vs. Hatfield.

In a suit before a magistrate for $48, the defendant filed a set off for $51,92. Objected to for want of jurisdiction. The set off was allowed. On the trial in the District Court, the justice was admitted as a witness to prove, that before the trial in his court, the defendant informed him he should claim from the plaintiff a balance of $7 or $8. This indicated that he admitted a part of plaintiff's demand, and that the balance claimed was less than $50, and within his jurisdiction.